RELIANCE LAUNDRY AND· CLEANING COMPANY, Plaintiff in error, vs. CITY OF MILWAUKEE, Defendant in error.

*October 31—November 19, 1912.*

*Chain Belt Co. v. Milwaukee, ante,* p. 188, followed.

ERROR to review a judgment of the municipal court of Milwaukee county: ORREN T. WILLIAMS, Circuit Judge. *Reversed.*

For the plaintiff in error there was a brief by *Glicksman, Gold & Corrigan,* and oral argument by *Nathan Glicksman.*

For the defendant in error there was a brief by *Daniel W. Hoan,* city attorney, and *E. L. McIntyre,* special assistant city attorney, and oral argument by *Mr. McIntyre.*

TIMLIN, J.    This case presents the same questions as *Chain Belt Co. v. Milwaukee, ante,* p. 188, 138 N. W. 621, and is ruled by that case.

There was no authority on the part of the city to enact the ordinance under which the defendant was prosecuted and convicted, hence the ordinance is invalid, and the judgment should be reversed.

*By the Court.*—Judgment reversed, and the cause remanded with directions to dismiss the prosecution.